Case 1:14-cv-00765-SAS   Document 8   Filed 03/10/14   Page 1 of 1

# FISCHER PORTER & THOMAS, P.C.

| | | |
|---|---|---|
| CORRESPONDENT LAW FIRM TO<br>LAWEXCHANGE INTERNATIONAL<br>WWW.LAWEXCHANGEINTERNATIONAL.COM<br><br>AARON E. ALBERT<br>SENIOR ASSOCIATE (NY & NJ)<br>AALBERT@FPT-LAW.COM<br>DIRECT:   (201) 308-8102<br>DIRECT FAX:   (201) 308-8440 | ATTORNEYS AT LAW<br>560 SYLVAN AVENUE, SUITE 3061<br>ENGLEWOOD CLIFFS, NJ 07632<br>TELEPHONE:   (201) 569-5959<br>FACSIMILE:   (201) 871-4544<br>WWW.FPT-LAW.COM | NEW YORK OFFICE:<br>KAPLAN KRAVET & VOGEL P.C.<br>630 THIRD AVENUE<br>SUITE 501<br>NEW YORK, NY 10017<br>OF COUNSEL<br>(212) 545-1921<br><br>PLEASE RESPOND TO<br>ENGLEWOOD CLIFFS, NJ<br>OFFICE |

March 10, 2014

**VIA: ECF AND UPS OVERNIGHT DELIVERY**
Hon. Shira A. Scheindlin, U.S.D.J.
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom 15C
New York, NY 10007-1312

[Stamp: USDC SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/12/14]

    RE:    **U.S. Re Companies, Inc. et al. v. Elsass**
             **Case No. 14-cv-765-SAS**
             **Proposed "So-Ordered" Stipulation Extending Defendant's Time to Answer**

Dear Judge Scheindlin:

    We represent Defendant Sanford D. Elsass in this matter. Plaintiffs' counsel has graciously consented to our request to extend Defendant's time to answer or otherwise respond to the Complaint in this matter until March 26, 2014. We therefore submit the enclosed stipulation executed by counsel for all parties and respectfully request that it be "so ordered" by the Court. This is the first request for such relief. The courtesies of the Court are greatly appreciated.

                        Respectfully submitted,

                        /s/ Aaron E. Albert
                        Aaron E. Albert (AA 8078)

Enclosure

    cc:    Michael E. Longo, Esq. (via ECF only)
            Alan S. Feldman, Esq. (via ECF only)
            Arthur "Scott" L. Porter, Jr., Esq.

[Handwritten order: "Defendant's time to answer is hereby extended to March 26, 2014. SO ORDERED." Signed: 3/12/14 Shira A. Scheindlin, USDJ]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

U.S. RE COMPANIES, INC.; UNI-TER
UNDERWRITING MANAGEMENT
CORPORATION; UNI-TER CLAIMS
SERVICES CORPORATION; and UNI-TER
RISK MANAGEMENT SERVICES
CORPORATION,

                       Plaintiffs,

        v.

SANFORD D. ELSASS,

                       Defendant.
-----------------------------------------------------------x

Case No. 14-cv-765-SAS

**STIPULATION AND ORDER
EXTENDING DEFENDANT'S TIME
TO ANSWER OR OTHERWISE
RESPOND TO THE COMPLAINT**

IT IS HEREBY STIPULATED and agreed by the undersigned counsel for Plaintiffs and Defendant that Defendant's time to respond to Plaintiffs' Complaint is hereby extended from March 6, 2014 through and including March 26, 2014.

IT IS FURTHER STIPULATED and agreed that this Stipulation may be executed in counterparts, and that facsimile signatures shall have the same binding effect as original signatures.

No previous requests have been made for the relief sought.

| LYDECKER \| DIAZ<br>*Attorneys for Plaintiffs* | FISCHER PORTER & THOMAS, P.C.<br>*Attorneys for Defendant* |
|---|---|
| */s/*     3/10/14<br>Michael E. Longo, Esq.    Date<br>Alan S. Feldman, Esq.<br>1221 Brickell Avenue, 19th Floor<br>Miami, Florida 33131<br>(305) 416-3180<br>(305) 416-3190 fax<br>ml@lydeckerdiaz.com<br>af@lydeckerdiaz.com | */s/*     3/10/14<br>Arthur "Scott" L. Porter, Jr (AP 2322)    Date<br>Aaron E. Albert (AA 8078)<br>560 Sylvan Avenue, Suite 3061<br>Englewood Cliffs, NJ 07632<br>(201) 569-5959<br>(201) 871-4544 fax<br>aporter@fpt-law.com<br>aalbert@fpt-law.com |